· Opinion by Willson, J.

## NOWLIN VS. HUGHES ET AL.

Appeal from Grayson county.

*Practice—Order set Aside.*—After judgment a motion for a new trial was granted by the court though no order to that effect was entered on the minutes. At the same term the motion for new trial was reconsidered and an order made overruling the same, without notice to defendants. Held, that the orders, judgments and decrees of a court are under its control until the end of the term ; and that it was within the power of the court to set aside the order granting a new trial. The action was valid although taken without actual notice to defendants. They were in court for all the purposes of the case until the end of the term.

Opinion by Willson, J.